# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ERIE INSURANCE EXCHANGE, | : No. 326 MAL 2021 |
| | : |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ALBERT MIONE AND LISA MIONE, | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by Petitioners, is:

> Did the Superior Court err as a matter of law in determining that the seminal decision of the Court in Gallagher v. Geico, 201 A.3d 131 (Pa. 2019), which invalidated household exclusions in auto policies in Pennsylvania, did not apply to the underinsured motorist ("UIM) claims of Albert Mione under his Personal Auto Policy merely because the policy insuring the motorcycle he was operating at the time of the accident did not provide [UIM] coverage?